Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 N. 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| THOMAS AVERBECK; GEORGE RUNNELS, Plaintiffs, vs. SMI IMAGING, LLC, Defendant. | No. **COMPLAINT** *Jury Demand Requested* |
|---|---|

Plaintiff alleges as follows:

## FIRST CLAIM FOR RELIEF
(Fair Labor Standards Act)

1. Plaintiffs are residents of Maricopa County, Arizona.

2. Defendant is an Arizona company with its principal place of business in Phoenix, Arizona.

3. Jurisdiction is based upon 29 U.S.C. §216(b), the Fair Labor Standards Act.

4. Plaintiffs worked for Defendant within the last 3 years: Plaintiff Averbeck from December 14, 2013 to February 17, 2017; Plaintiff Runnels from December 14, 2014 to September 30, 2016.

-1-

5. Plaintiffs were not paid overtime at the rate of one and one-half their hourly rate of pay (minimum wage) for all hours worked in excess of 40 each week.

6. Plaintiff Averbeck, whose rate per hour was $38.46, worked overtime (over 40 hours in one week) each week during his employment for which he was not paid at the rate of time and one-half: see Exhibit #1 attached hereto and incorporated by reference herein showing the hours claimed for overtime;

7. Plaintiff Runnels, whose rate per hour was $38.46, worked approximately 60 hours per week each week during his employment for which he was not paid at the rate of time and one-half his normal hourly rate.

8. Plaintiffs were misclassified as exempt from the FLSA, but in fact were not exempt.

9. Defendant's conduct was willful.

10. Plaintiffs are entitled to overtime at the rate of time and one-half for all hours worked in excess of 40 for each week.

12. Plaintiffs are entitled to liquidated damages: double the amount due pursuant to 29 U.S.C. §216(b).

13. Plaintiffs are entitled to attorneys' fees and costs pursuant to 29 U.S.C. §216(b).

14. Defendant also violated the record keeping requirements of the FLSA by failing to keep accurate records of hours worked.

15. Plaintiffs also accrued "compensatory time," which Defendant tried to give in violation of the FLSA; was not paid; and, should be paid at the rate of time and one-half.

16. Defendant never posted any notice advising employees of their right to overtime pay.

WHEREFORE Plaintiffs request judgment against Defendant for:

1. Damages in an amount to be proven at trial with interest thereon;

2. Liquidated damages (double the amount due);

3. Reasonable attorneys fees and costs incurred herein which are mandatory; and,

4. Such other relief that this Court deems appropriate.

## **SECOND CLAIM FOR RELIEF**
(Non-Payment of Wages)

1. The preceding allegations of the Complaint are incorporated by reference herein.

2. Plaintiffs were not been paid all wages (overtime and minimum wages) due him for the 1 year preceding the filing of this Complaint.

3. Defendant violated A.R.S. §23-350 *et seq.* by not paying Plaintiffs the wages due them: pay at the rate of time and one-half for hours worked in excess of 40 in one week and minimum wages.

4. Plaintiffs are entitled to treble damages pursuant to A.R.S. §23-355.

WHEREFORE Plaintiffs request:

1. Damages in an amount to be proven at trial, together with interest thereon from the date of delinquency until paid;

2. For reasonable attorneys fees and costs;

3. For treble damages; and,

4. For such other relief as this Court deems appropriate.

## THIRD CLAIM FOR RELIEF
(Arizona Minimum Wage Violation)

1. The preceding allegations of the Complaint are incorporated by reference herein.

2. During Plaintiffs' employment they were not paid for all time worked.

3. For the time worked, but not paid, Plaintiffs were entitled to minimum wages from the date of enactment of the Arizona Minimum Wage Statute until paid.

4. The Arizona Minimum Wage Statute provides for mandatory attorneys fees for Plaintiff.

5. For all hours worked over 40 in one week, Plaintiffs were not paid at the minimum wage rate applicable at the time.

WHEREFORE Plaintiffs request judgment:

1. For damages for compensation of minimum wages for all hours worked but not paid;

2. For liquidated damages;

3. For mandatory attorneys fees and costs incurred herein as provided for by A.R.S. §23-364G; and,

4. For such other relief this court deems appropriate.

DATED this 6th day of March 2017.

/s/ Guy D. Knoller
Guy D. Knoller
Attorney for Plaintiff

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 6 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Debbie A. Wallen
Debbie A. Wallen